AO 440 (Rev. 06/12) Summons in a Civil Action

FILED-CLERK
U.S. DISTRICT COURT

2014 MAR 33 AM 11:32

TX EASTERN-MARSHALL

BY _____

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | | |
|---|---|---|
| RecruitME, LLC | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 2:13-cv-1157 |
| Catholic Match, LLC | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Catholic Match, LLC
211 East Grandview Avenue
Zelienople, PA 16063

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Hao Ni
Ni, Wang & Massand PLLC
8140 Walnut Hill Ln., Ste. 310
Dallas, TX 75251

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: __2/13/14__

*Signature of Clerk or Deputy Clerk*

## **RETURN OF SERVICE**

## UNITED STATES DISTRICT COURT
## EASTERN District of TEXAS

Case Number: 2:13-CV-1157

Plaintiff:
RECRUITME, LLC

vs.

Defendant:
CATHOLIC MATCH, LLC

For:
Hao Ni
NI, WANG & MASSAND PLLC
8140 Walnut Hill Ln.
Suite 310
Dallas, TX 75251

Received by ABC PROCESS SERVICE on the 24th day of March, 2014 at 3:59 pm to be served on CATHOLIC MATCH, LLC, 211 EAST GRANDVIEW AVENUE, ZELIENOPLE, PA 16063.

I, Tom Gorgone, do hereby affirm that on the 26th day of March, 2014 at 9:00 am, I:

DELIVERED TO A CORPORATION: by delivering a true copy of the SUMMONS IN A CIVIL ACTION; ORIGINAL COMPLAINT FOR PATIENT INFRINGEMENT; EXHIBITS with the date and hour of service endorsed thereon by me, to: "JOHN DOE" as RESIDENT for CATHOLIC MATCH, LLC, at the address of: 211 EAST GRANDVIEW AVENUE, ZELIENOPLE, PA 16063, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
3/26/2014 9:00 am   THE ADULT MALE WHO THE DOCUMENTS WERE LEFT WITH REFUSED TO IDENTIFY HIMSELF.

I declare under penalty of perjury under the laws of the United States Of America that the foregoing information contained in the Return Of Service is true and correct.

_____
Tom Gorgone
Process Server

ABC PROCESS SERVICE
4834 Swiss Ave.
Dallas, TX 75204
(214) 220-0226

Our Job Serial Number: ABC-2014000704